**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**02/20**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Isaac**<br>First name | **Giselle**<br>First name |
| | | Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Halwani**<br>Last name and Suffix (Sr., Jr., II, III) | **Halwani**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4451 | xxx-xx-5512 |

| Debtor 1 | **Isaac Halwani** | | Case number *(if known)* | |
| Debtor 2 | **Giselle Halwani** | | | |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | **274 Atlantic Isle**<br>**Sunny Isles, FL 33160**<br>_____<br>Number, Street, City, State & ZIP Code<br><br>**Miami-Dade**<br>_____<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

| Debtor 1 | **Isaac Halwani** | |
|---|---|---|
| Debtor 2 | **Giselle Halwani** | Case number *(if known)* _____ |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
■ Yes.

| Debtor | **274 Atlantic Isles LLC** | Relationship to you | **Affiliate** |
|---|---|---|---|
| District | **United States Bankruptcy Court Southern District of Florida Miami Di** | When **6/22/22** | Case number, if known **22-14810** |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

■ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Isaac Halwani** | |
|---|---|---|
| Debtor 2 | **Giselle Halwani** | Case number *(if known)* |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Isaac Halwani**

Debtor 2    **Giselle Halwani**

Case number *(if known)* _____

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Isaac Halwani**
Debtor 2    **Giselle Halwani**                                    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Isaac Halwani** | **/s/ Giselle Halwani** |
|---|---|
| **Isaac Halwani** | **Giselle Halwani** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on    **June 27, 2022** | Executed on    **June 27, 2022** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Isaac Halwani** | | |
|---|---|---|---|
| Debtor 2 | **Giselle Halwani** | Case number *(if known)* | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Glenn D. Moses**
Signature of Attorney for Debtor

Date  **June 27, 2022**
MM / DD / YYYY

**Glenn D. Moses 174556**
Printed name

**Genovese Joblove & Battista, P.A.**
Firm name

**100 SE 2nd St.**
**44th Floor**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone  **305-349-2300**          Email address

**174556 FL**
Bar number & State

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Isaac Halwani** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Giselle Halwani** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|

**1**    **IberiaBank**
**c/o Paul A. Humbert, Esq.**
**199 East Flagler Street, Suite 1010**
**Miami, FL 33131**

What is the nature of the claim?    Final Judgment        $1,308,428.10

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:        -
    Unsecured claim

_____
_____
Contact
_____
Contact phone

**2**    **Alaimo Group USA LLC**
**c/o Carlos F. Osorio, Esq.**
**175 SW 7th Street, Suite 1900**
**Miami, FL 33130**

What is the nature of the claim?    Final Judgment        $935,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

Debtor 1    **Isaac Halwani**
Debtor 2    **Giselle Halwani**                                           Case number *(if known)*

Contact                                           ☐  Yes. Total claim (secured and unsecured)
                                                        Value of security:                    - _____
Contact phone                                          Unsecured claim                        _____

---

**3**    **First Horizon Bank**           What is the nature of the claim?    Line of Credit    $377,117.00
         **165 Madison Ave**
         **Memphis, TN 38103-2723**       As of the date you file, the claim is: Check all that apply
                                          ☐  Contingent
                                          ☐  Unliquidated
                                          ☐  Disputed
                                          ■  None of the above apply

         _____                       Does the creditor have a lien on your property?

         _____                       ■  No
Contact  _____                       ☐  Yes. Total claim (secured and unsecured)
                                                Value of security:                    - _____
Contact phone                                   Unsecured claim                        _____

---

**4**    **First Horizon Bank**           What is the nature of the claim?    Loan    $231,938.00
         **165 Madison Ave**
         **Memphis, TN 38103-2723**       As of the date you file, the claim is: Check all that apply
                                          ☐  Contingent
                                          ☐  Unliquidated
                                          ☐  Disputed
                                          ■  None of the above apply

         _____                       Does the creditor have a lien on your property?

         _____                       ■  No
Contact  _____                       ☐  Yes. Total claim (secured and unsecured)
                                                Value of security:                    - _____
Contact phone                                   Unsecured claim                        _____

---

**5**    **Legacy Sok Assoc LLC**         What is the nature of the claim?    Final Judgment    $206,759.94
         **c/o Jeremy E. Slusher, Esq.**
         **444 W Railroad Ave., Suite 470**  As of the date you file, the claim is: Check all that apply
         **West Palm Beach, FL 33401**     ☐  Contingent
                                          ☐  Unliquidated
                                          ☐  Disputed
                                          ☐  None of the above apply

         _____                       Does the creditor have a lien on your property?

         _____                       ■  No
Contact  _____                       ☐  Yes. Total claim (secured and unsecured)
                                                Value of security:                    - _____
Contact phone                                   Unsecured claim                        _____

---

**6**    **Altonstar LLC**                What is the nature of the claim?    Final Judgment    $195,959.93
         **c/o Jerry Breslin, Esq.**
         **169 East Flagler Street, Suite 700**  As of the date you file, the claim is: Check all that apply
         **Miami, FL 33131**              ☐  Contingent
                                          ☐  Unliquidated

---

Debtor 1   **Isaac Halwani**
Debtor 2   **Giselle Halwani**

Case number *(if known)* _____

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Value of security:     - _____

Unsecured claim

Contact _____

Contact phone _____

---

**7** | **Sky 18 Series 2 LLC**
**c/o John P. Arcia, Esq.**
**175 SW 7th Street, Suite 2000**
**North Miami Beach, FL 33160**

What is the nature of the claim? | **Final Judgment** | $192,278.44

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Value of security:     - _____

Unsecured claim

Contact _____

Contact phone _____

---

**8** | **Mercedes Benz Financial**
**36455 Corporate Rd**
**Farmington, MI 48331**

What is the nature of the claim? | **Potential Deficiency on Auto Lease** | $165,569.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Value of security:     - _____

Unsecured claim

Contact _____

Contact phone _____

---

**9** | **American Express**
**c/o Scott E. Modlin, Esq.**
**1551 Sawgrass Corporate Pkwy,**
**Suite 110**
**Fort Lauderdale, FL 33323**

What is the nature of the claim? | **Final Judgment** | $111,108.96

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Value of security:     - _____

Unsecured claim

Contact _____

Contact phone _____

---

| Debtor 1 | **Isaac Halwani** | | |
|---|---|---|---|
| Debtor 2 | **Giselle Halwani** | Case number *(if known)* | |

---

**10**

**Weston TC, LLC**
**225 NE Mizner Blvd, Suite 510**
**Boca Raton, FL 33432**

**What is the nature of the claim?**    Final Judgment    $101,901.74

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:    - _____
  - Unsecured claim    _____

Contact _____

Contact phone _____

---

**11**

**American Express**
**P.O. Box 6618**
**Omaha, NE 68105-0618**

**What is the nature of the claim?**    Credit Card    $65,933.39

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:    - _____
  - Unsecured claim    _____

Contact _____

Contact phone _____

---

**12**

**GM Financial**
**PO Box 181145**
**Arlington, TX 76096**

**What is the nature of the claim?**    Potential Deficiency on Auto Lease    $62,715.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:    - _____
  - Unsecured claim    _____

Contact _____

Contact phone _____

---

**13**

**American Express**
**PO Box 981537**
**El Paso, TX 79998**

**What is the nature of the claim?**    Credit Card    $50,170.71

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

| Debtor 1 | Isaac Halwani |
|----------|---------------|
| Debtor 2 | Giselle Halwani |

Case number (if known) _____

_____

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security:        - _____

Unsecured claim

Contact _____

Contact phone _____

---

**14**

**Keystone Plaza LLC**
**c/o Alexandra N. Fonseca, Esq.**
**550 NE 124th Street**
**Miami, FL 33161**

**What is the nature of the claim?**    **Potential Deficiency Claim Under Lease**    **$46,011.84**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security:        - _____

Unsecured claim

Contact _____

Contact phone _____

---

**15**

**Neiman Marcus**
**One Marcus Square, 1618 Main Street**
**Dallas, TX 75201**

**What is the nature of the claim?**    **Credit Card**    **$43,072.65**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security:        - _____

Unsecured claim

Contact _____

Contact phone _____

---

**16**

**American Express**
**PO Box 981535**
**El Paso, TX 79998**

**What is the nature of the claim?**    **Credit Card**    **$36,803.48**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security:        - _____

Unsecured claim

Contact _____

Contact phone _____

---

| Debtor 1 | Isaac Halwani |
| Debtor 2 | Giselle Halwani |

Case number *(if known)* _____

---

| 17 | | | | |
|---|---|---|---|---|

**First Horizon Bank**
**102 NW 37th Ave**
**Miami, FL 33125**

What is the nature of the claim?   **Credit Card**   $36,260.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
　　　　Value of security:　　　　　　　　 - _____
Contact
　　　　Unsecured claim
Contact phone

---

| 18 | | | | |
|---|---|---|---|---|

**First Horizon Bank**
**102 NW 37th Ave**
**Miami, FL 33125**

What is the nature of the claim?   **Credit Card**   $34,252.72

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
　　　　Value of security:　　　　　　　　 - _____
Contact
　　　　Unsecured claim
Contact phone

---

| 19 | | | | |
|---|---|---|---|---|

What is the nature of the claim?   **17302901 Rolex**   $33,795.00
**Day-Gate Green Dial**
**18Ct Rose Gold 40mm**
**- Serial No. 39S289N5**

**Mayors Jewelers, Inc.**
**19501 Biscayne Blvd., Suite 372**
**Miami, FL 33180**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)   $33,795.00
　　　　Value of security:　　　　　　　　 - $0.00
Contact
　　　　Unsecured claim　　　　　　　　　　 $33,795.00
Contact phone

---

| 20 | | | | |
|---|---|---|---|---|

**American Express**
**c/o Scott E. Modlin, Esq.**
**1551 Sawgrass Corporate Pkwy,**
**Suite 110**
**Fort Lauderdale, FL 33323**

What is the nature of the claim?   **Final Judgment**   $32,223.90

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor 1 | **Isaac Halwani** | | |
|---|---|---|---|
| Debtor 2 | **Giselle Halwani** | Case number *(if known)* | |

■    None of the above apply

**Does the creditor have a lien on your property?**

Contact

■    No

☐    Yes. Total claim (secured and unsecured)

Contact phone

Value of security:                    -

Unsecured claim

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X    **/s/ Isaac Halwani**
     **Isaac Halwani**
     Signature of Debtor 1

X    **/s/ Giselle Halwani**
     **Giselle Halwani**
     Signature of Debtor 2

Date    **June 27, 2022**

Date    **June 27, 2022**

Alaimo Group USA LLC
c/o Carlos F. Osorio, Esq.
175 SW 7th Street, Suite 1900
Miami, FL 33130


Ally Financial
200 Renaissance Ctr #B0
Detroit, MI 48243


Altonstar LLC
c/o Jerry Breslin, Esq.
169 East Flagler Street, Suite 700
Miami, FL 33131


Altonstar LLC
1407 Broadway 41st Floor
New York, NY 10018


Amazon
PO Box 965015
Orlando, FL 32896


Amazon
410 Terry Ave N.
Seattle, WA 98109-5210


Ameican Express NA
115 W Towne Ridge Pkwy
Sandy, UT 84070


American Express
PO Box 650448
Dallas, TX 75265-0448


American Express
PO Box 981537
El Paso, TX 79998


American Express
P.O. Box 6618
Omaha, NE 68105-0618


American Express
PO Box 981535
El Paso, TX 79998

American Express
PO Box 981535
El Paso, TX 79998

American Express
c/o Scott E. Modlin, Esq.
1551 Sawgrass Corporate Pkwy, Suite 110
Fort Lauderdale, FL 33323

American Express
c/o Scott E. Modlin, Esq.
1551 Sawgrass Corporate Pkwy, Suite 110
Fort Lauderdale, FL 33323

American Express
c/o Scott E. Modlin, Esq.
1551 Sawgrass Corporate Pkwy, Suite 110
Fort Lauderdale, FL 33323

American Express
P.O. Box 6618
Omaha, NE 68105-0618

American Express
P.O. Box 6618
Omaha, NE 68105-0618

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express/Bloomingdales
PO BOX 981537
El Paso, TX 79998

Andrea Palant
3340 NW 53rd Street, Suite 402
Fort Lauderdale, FL 33309

Apple Card
Apple Headquarters
One Apple Park Way
Cupertino, CA 95014

```
Apple Card
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170


AR Resources, Inc.
PO BOX 1056
Blue Bell, PA 19422


AR Resources, Inc.
1777 Sentry Pkwy W Blue
Blue Bell, PA 19422


Asta Funding Inc
210 Sylvan Ave
Englewood Cliffs, NJ 07632


Audi Financial
2200 Woodland Pointe Ave
Herndon, VA 20171-5874


Bank of America
POB 2864
Transaction Processing CT2-515-BB-12
Hartford, CT 06101-2715


Bank of America
PO Box 982238
El Paso, TX 79998


Bank of America
P.O. Box 15027
Wilmington, DE 19850-5027


Bank of America
P.O. Box 15027
Wilmington, DE 19850-5027


Barclays Bank Delaware
100 S. West St.
Wilmington, DE 19801
```

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899


Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803


Barclays Bank Delaware
100 S. West St.
Wilmington, DE 19801


Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899


Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803


Black Card Mastercard
250 Veronica Lane
Jackson, WY 83001


Black Card Mastercard
Card Services
PO Box 8802
Wilmington, DE 19899-8802


Bloomingdales
1000 3rd Ave
New York, NY 10022


Bloomingdales
1000 3rd Ave
New York, NY 10022


BLOOMINGDALES/AMEX
PO BOX 8218
Mason, OH 45040

```
BLOOMINGDALES/AMEX
PO BOX 8218
Mason, OH 45040


BounceyNet Inc.
c/o Michael C. Fasano, Esq.
2 S. Biscayne Blvd., Suite 2530
Miami, FL 33131


BounceyNet Inc.
3497 Derby Lane
Fort Lauderdale, FL 33331


Bristol 503 Inc.
c/o Carlos X. Rodriguez, Esq.
800 Douglas Road, Suite 880
Douglas Entrance, North Tower
Miami, FL 33134


Bristol 503 Inc.
c/o Carlos X. Rodriguez, Esq.
800 Douglas Road, Suite 880
Douglas Entrance, North Tower
Miami, FL 33134


Bristol 503 LLC
5901 SW 74th St.
Miami, FL 33143


Cadillac Financial
P. O. Box 33169
Detroit, MI 48232-5169


Capital One
PO BOX 30281
Salt Lake City, UT 84130


Capital One
P.O. Box 85147
Richmond, VA 23276


Capital One Bank
PO Box 30285
Salt Lake City, UT 84130
```

```
Capital One Bank
PO Box 30285
Salt Lake City, UT 84130


Causeway Square LLC
c/o Alexandra N. Fonseca, Esq.
550 NE 124th Street
Miami, FL 33161


Causeway Square LLC
1801 NE 123rd Street, Suite 300
Miami, FL 33181


Celtic Bank/Indigo
PO Box 4499
Beaverton, OR 97076


Chase
PO Box 15548
Wilmington, DE 19886


Chase Bank USA
800 Brooksedge Blvd.
Westerville, OH 43081


Chase Bank USA, NA
P.O. Box 15298 □□
Wilmington, DE 19850


Chase Card Services
P.O. Box 15298
Wilmington, DE 19850-5298


Chase Card Services
P.O. Box 15153
Wilmington, DE 19886


City of Sunny Isles Beach
18070 Collins Avenue
North Miami Beach, FL 33160


Comenity Bank/JCrew
PO Box 182789
Columbus, OH 43218
```

Corporation Service Company
PO Box 2576
Springfield, IL 62708


Crate & Barrell
1250 Techny Rd.
Northbrook, IL 60062


Credit One Bank
PO Box 60500
City of Industry, CA 91716-0500


Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193


Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193


DDR Southeast Fountains, LLC
c/o Alan Burger, Esq.
505 S Flagler Dr., Suite 300
West Palm Beach, FL 33401


Eric R. Schwartz as Trustee UTA
2412 Barcelona Dr
Fort Lauderdale, FL 33301


First Horizon Bank
2109 Ponce de Leon Blvd.
Miami, FL 33134


First Horizon Bank
102 NW 37th Ave
Miami, FL 33125


First Horizon Bank
165 Madison Ave
Memphis, TN 38103-2723


First Horizon Bank
165 Madison Ave
Memphis, TN 38103-2723

First Horizon Bank
102 NW 37th Ave
Miami, FL 33125


First Horizon Bank
102 NW 37th Ave
Miami, FL 33125


First Horizon Bank
165 Madison Ave
Memphis, TN 38103-2723


First Horizon Bank
1638 Robert C Jackson Dr
Maryville, TN 37801


First Horizon Credit Card
165 Madison Ave
Memphis, TN 38103-2723


First Horizon Credit Card
165 Madison Ave
Memphis, TN 38103-2723


Florida State Attorney's Office
175 NW 1st Ave
Miami, FL 33128


Frozen Wheels
16565 NW 15th Ave
Miami, FL 33169


Frozen Wheels, LLC
16565 NW 15th Ave
Miami, FL 33169


Gap
P.O. Box 530942
Atlanta, GA 30353-0942


Gap
2 Folsom Street
San Francisco, CA 94105

GM Financial
PO Box 181145
Arlington, TX 76096

Graphic World 4 U LLC
16565 NW 15th Ave
Miami, FL 33169

Haisemi Investment LLC
16565 NW 15th Ave
Miami, FL 33169

Halvare Food Services & Distribution LLC
16565 NW 15th Ave
Miami, FL 33169

Halvare Group LLC
16565 NW 15th Ave
Miami, FL 33169

Home Depot
PO Box 7032
Sioux Falls, SD 57117-7032

Home Depot
PO Box 9001010
Louisville, KY 40290-1010

Home Financing Center
500 E. Broward Boulevard, Suite 122
Fort Lauderdale, FL 33394

Home Financing Center
400 University Drive, 3rd Floor
Miami, FL 33134

Iberia Bank
200 West Congress Street
Lafayette, LA 70501

Iberia Bank
3838 Tamiami Trail
Naples, FL 34101

Iberia Bank
18841 NE 29th Ave
Aventura, FL 33180


Iberia Bank
3838 Tamiami Trail
Naples, FL 34101


IberiaBank
c/o Paul A. Humbert, Esq.
199 East Flagler Street, Suite 1010
Miami, FL 33131


IberiaBank
2150 Goodlette Rd.
Naples, FL 34102


IberiaBank
2150 Goodlette Rd.
Naples, FL 34102


IberiaBank
2150 Goodlette Rd.
Naples, FL 34102


IberiaBank
2150 Goodlette Rd.
Naples, FL 34102


Indigo Card
PO Box 4477
Beaverton, OR 97076-4477


Indigo Card
15220 NW Greenbrier Pkwy, Suite 200
Beaverton, OR 97076-4477


Internal Revenue Service
Po Box 21126
Philadelphia, PA 19114


J Crew
770 Broadway
New York, NY 10003

```
J. Crew
POB 182273
Columbus, OH 43218


JP Morgan Chase Bank
PO Box 15369
Wilmington, DE 19850


JP Morgan Chase Bank Auto
PO Box 901003
Fort Worth, TX 76101


JP Morgan Chase Bank Auto
PO Box 901003
Fort Worth, TX 76101


JP Morgan Chase Bank Auto
PO Box 901003
Fort Worth, TX 76101


Keystone Plaza LLC
c/o Alexandra N. Fonseca, Esq.
550 NE 124th Street
Miami, FL 33161


Keystone Plaza LLC
1801 NE 123rd Street, Suite 300
Miami, FL 33181


Kopelowitz Ostrow Ferguson Weiselberg
c/o Seth Haimovitch, Esq.
1 West Las Olas Blvd., 5th Floor
Fort Lauderdale, FL 33301


Legacy Sok Assoc LLC
c/o Jeremy E. Slusher, Esq.
444 W Railroad Ave., Suite 470
West Palm Beach, FL 33401


Legacy Sok Assoc LLC
302 Datura Street, Suite 100
West Palm Beach, FL 33401
```

Lets Get Beauty LLC
16565 NW 15th Avenue
Miami, FL 33169


Lets Get Beauty LLC
16565 NW 15th Ave
Miami, FL 33169


Mayors Jewelers, Inc.
19501 Biscayne Blvd., Suite 372
Miami, FL 33180


Mayors Jewelers, Inc.
19575 Biscayne Blvd., Suite 177
Miami, FL 33180


Mayors Jewelers, Inc.
19501 Biscayne Blvd., Suite 372
Miami, FL 33180


Mayors Jewelers, Inc.
1455 NW 107th Ave #264
Miami, FL 33172


Mayors Jewelers, Inc.
3340 NW 53rd St, Suite 402
Fort Lauderdale, FL 33309-6320


Mercedes Benz Financial
36455 Corporate Rd
Farmington, MI 48331


Mercedes Benz Financial
36455 Corporate Rd
Farmington, MI 48331


Miami Dade County
111 NW 1st Street, Suite 710
Miami, FL 33128-1984


Neiman Marcus
One Marcus Square, 1618 Main Street
Dallas, TX 75201

Neiman Marcus
1201 Elm St Suite 2800
Dallas, TX 75270

Niarara Distri LLC
16565 NW 15th Ave
Miami, FL 33169

Nordstrom
1600 7 th Ave. Suite 2600
Seattle, WA 98101

Nordstrom
1700 7th Avenue Suite 1500
Seattle, WA 98101

Porsche Leasing Ltd
One Porsche Drive
Atlanta, GA 30354

Porsche Leasing Ltd.
c/o David O. Caballero, Esq.
9150 S. Dadeland Blvd., Suite 1400
Miami, FL 33156

Prosper Card
P.O. Box 650078
Dallas, TX 75265

Prosper Card
221 Main Street, Suite 300
San Francisco, CA 94105

Saks Fifth Avenue
2 East 49th Street-6th Fl
New York, NY 10017

Saks Fifth Avenue
225 Liberty St FL 24
New York, NY 10281-1058

Sky 18 Series 2 LLC
c/o John P. Arcia, Esq.
175 SW 7th Street, Suite 2000
North Miami Beach, FL 33160

```
State Of Florida Department Of Revenue
Po Box 6668
Tallahassee, FL 32314


Sychrony Bank - Amazon
Bankruptcy Dept
P.O. Box 105972
Atlanta, GA 30348


TB Bank/Nordstrom
13531 E Caley Ave
Englewood, CO 80111


TCB & GSD Consulting LLC
16565 NW 15th Ave
Miami, FL 33169


TDRCS/Tourneau
1000 MacArthur Blvd
Mahwah, NJ 07430


Tefolon Developments LLC
16565 NW 15th Ave
Miami, FL 33169


Venmo
2211 N 1st St
San Jose, CA 95131-2021


Venmo
95 Morton Street
Fifth Floor
New York, NY 10014


VW Credit
1401 Franklin Blvd.
Libertyville, IL 60048


VW Credit
1401 Franklin Blvd.
Libertyville, IL 60048


VW Lease
5505 N Cumberland Ave. Suite 307
Chicago, IL 60656
```

```
VW Lease
5505 N Cumberland Ave. Suite 307
Chicago, IL 60656


Wandering J LLC
16565 NW 15th Ave
Miami, FL 33169


Wells Fargo Bank
PO Box 14517
Des Moines, IA 50306


Wells Fargo Bank NA
One Wachovia Center
301 South College Street
Charlotte, NC 28202


Wells Fargo Bank NA
299 South Main Street
12th Floor
MAC U1228-120
Salt Lake City, UT 84111


Wells Fargo Bank NA
299 South Main Street
12th Floor
MAC U1228-120
Salt Lake City, UT 84111


Weston TC, LLC
225 NE Mizner Blvd, Suite 510
Boca Raton, FL 33432


Weston TC, LLC
1675 Market Street, Suite 213
Fort Lauderdale, FL 33326


YF 26 LLC
16565 NW 15th Ave
Miami, FL 33169


YF of South Florida LLC
16565 NW 15th Ave
Miami, FL 33169
```

```
YL Group Florida, LLC
16565 NW 15th Avenue
Miami, FL 33169


YoGreen Co LLC
16565 NW 15th Ave
Miami, FL 33169


Yoldas Sports Medicine LLC
1601 S Andrews Ave
Fort Lauderdale, FL 33316-2509
```