UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>**ISAAC HALWANI** and **GISELLE HALWANI**, and **274 ATLANTIC ISLES, LLC ,**<br><br>Debtors. | Case No. 22-14959-LMI<br>Case No. 22-14810-LMI<br><br>Chapter 11<br><br>*Jointly Administered at Case No.* 22-14959-LMI |

## DEBTORS' MOTION FOR SUBSTANTIVE CONSOLIDATION

Isaac Halwani and Giselle Halwani (the "**Halwanis**") and 274 Atlantic Isles, LLC ("**274 Atlantic**") (the Halwanis and 274 Atlantic are collectively referred as the "**Debtors**"), jointly move for the entry of an order substantively consolidating their respective estates (the "**Motion**"). In support thereof, the Debtors respectfully state as follows:

### Background

1. On June 22, 2022, 274 Atlantic filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), Case No. 22-14810-LMI. On June 27, 2022, the Halwanis filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, Case No. 22-14959-LMI.

2. The Debtors are operating their respective businesses and managing their respective affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. The Debtors' cases are jointly administered at Case No. 22-14959-LMI pursuant to Order of this Court dated July 21, 2022 [ECF No. 39].

### Ownership of 274 Atlantic and Property Dispute

4. The Halwanis are the sole members of 274 Atlantic, a Delaware Limited Liability

Company.

5.  The sole asset of 274 Atlantic is an interest in certain real property, a single-family residence located at 274 Atlantic Isle, Sunny Isles, Florida (the "**Property**"). The Property is the Halwanis' current residence until they can relocate to a property they own which is presently rented.

6.  274 Atlantic has an equitable interest in the Property, which is currently the subject of litigation removed to this Court captioned *Eric R. Schwartz, Trustee UTA dated 3/4/ 2019 v. Isaac Halwani, et. al.*, Adv. No. 22-01199-LMI (the "**Property Litigation**"). In the Property Litigation, Brian M. Gaines[1] as the mortgage lender ("**Gaines**") filed an action for ejectment (against 274 Atlantic, the Halwanis and their minor children in possession) after holding a deed-in-lieu of foreclosure *in escrow* (the "**Deed in Lieu**") to secure the payment of money due under the loan and then recording the Deed in Lieu (which the Debtor asserts was an improper conveyance under Fla. Stat. § 697.01). Pending the outcome of the Property Litigation, Gaines as Trustee is the legal owner of the Property.

7.  In addition to seeking the recovery of Property, the Debtors will be seeking the avoidance and recovery of the value of a Porsche and $100,000.00 transferred to Gaines in exchange for Gaines' agreement to retract the Deed in Lieu.[2]

8.  The Property has substantial equity above any alleged mortgage liens against the Property.[3] 274 Atlantic filed for Chapter 11 to protect that equity and to bring the Property Litigation before this Court. It is the Debtors' intention to use the equity in the Property to support

---

[1] Gaines is the successor trustee to Schwartz.
[2] The Debtors filed a motion for leave to amend their counterclaim and third party complaint to add these counts under the Bankruptcy Code [ECF 6 in Adv. No. 22-01199-LMI].
[3] As of the improper recording of the Deed in Lieu, Gaines' secured claim was approximately $2.5 million. The Property has a value of approximately $6.5 million.

2

Case No. 22-14959-LMI<br>Case No. 22-14810-LMI

a plan of reorganization.

## Relief Requested

9. The Eleventh Circuit in *Eastgroup Properties v. Southern Motel Assoc., Ltd.,* 935 F.2d 245, 249 (11th Cir. 1991) held that substantive consolidation is appropriate where (1) there is a substantial identity between the entities to be consolidated and (2) consolidation is necessary to avoid some harm or realize some benefit. *Id.* Once this showing is made, the burden is on an objecting creditor to show that (1) it has relied on the separate creditor of one of the entities to be consolidated and (2) it will be prejudiced by substantive consolidation. *Id.* Courts also authorize substantive consolidation of individuals and their wholly owned companies. *See e.g. Matter of Baker & Getty Fin. Servs., Inc.*, 78 B.R. 139, 140 (Bankr. N.D. Ohio 1987); *In re Bonham*, 229 F.3d 750, 758 (9th Cir. 2000).

10. Here substantive consolidation is appropriate in these cases for the following reasons:

   a. The Halwanis are the sole owners of 274 Atlantic;

   b. All of the creditors of 274 Atlantic are creditors of the Halawnis individually, so there will be no harm of increased claims caused to the Halwani bankruptcy estate;

   c. Gaines is the predominant creditor of 274 Atlantic. However, Gaines will suffer no prejudice by substantive consolidation and the resulting increased unsecured claims in 274 Atlantic. Gaines as an anticipated secured creditor will be substantially oversecured by virtue of a multi-million dollar equity cushion in the Property.

    d. 274 Atlantic has never had a bank account, with the Halwanis paying directly for all expenses of the Property as their personal residence.

    e. Upon the return of the Property, the estimated substantial equity will inure to the benefit of creditors of both estates.

11. There is substantial identify shared by the Debtors, of which 274 Atlantic essentially operates as the Halwanis; 274 Atlantic is just the equitable owner of the Halwanis' current residence. Consolidation is necessary to avoid continued harm and to realize a benefit. Upon consolidation, the Halwanis' individual bankruptcy estate will be able to directly realize the recovery of the Property, which will be used to fund a plan of reorganization. Additionally, the disposition of the Property would be managed and overseen by this Court, so issues such as insurance and occupancy can all be dealt with in one forum.

12. Further, it is incumbent on objecting the creditor to show that (1) they relied solely on 274 Atlantic's separate credit; and (2) they will be prejudiced by substantive consolidation. *See Eastgroup Properties v. S. Motel Ass'n, Ltd.*, 935 F.2d at 251. Here, Gaines cannot show either factor to avoid substantive consolidation. Gaines could not have relied on 274 Atlantic's separate credit, as it never had a bank account, let alone a credit history. Further, Gaines is either an over-secured creditor with a lien on the property, or, as Gaines claims, just the owner of the Property with an unsecured claim. Under either scenario, no harm will befall Gaines due to substantive consolidation.

**WHEREFORE**, the Debtors respectfully request that the Court enter an order substantively consolidating the Debtors' Chapter 11 cases, and for such other and further relief as the Court deems appropriate.

Case No. 22-14959-LMI  
Case No. 22-14810-LMI

Dated: July 27, 2022.

        **GENOVESE JOBLOVE & BATTISTA, P.A.**
*Attorneys for the Debtors*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300

By: */s/* Glenn D. Moses
    Glenn D. Moses, Esq.
    Florida Bar No. 174556
    gmoses@gjb-law.com
    Eric D. Jacobs, Esq.
    Florida Bar No. 85992
    ejacobs@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 27, 2022, a true copy of the foregoing document has been furnished via electronic mail to all registered users by virtue of the Court's CM/ECF System and via U.S. Mail to the parties on the attached service list.

By: */s/* Glenn D. Moses
    Glenn D. Moses, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 22-14959-LMI<br>Southern District of Florida<br>Miami<br>Wed Jul 27 13:41:02 EDT 2022 | 274 Atlantic Isles LLC<br>274 Atlantic Isles<br>Sunny Isles, FL 33160-4528 | Causeway Square<br>Law Offices of Carla Jones, PA<br>1125 NE 125 Street<br>Suite 103<br>North Miami, FL 33161-5014 |
| FTLQ CREDIT I, LLC, as Assignee of Sky 18 Se<br>John Paul Arcia, PA<br>175 SW 7th Street<br>Suite 2000<br>Suite 2000<br>Miami, FL 33130-2961 | First Horizon Bank f/k/a Iberiabank<br>The Law Offices of Jason C. Tatman, A.P.<br>5677 Oberlin Drive<br>Suite 210<br>San Diego, CA 92121-1742 | Keystone Plaza<br>c/o Carla A. Jones<br>Law Office of Carla Jones, P.A.<br>550 NE 124 Street<br>Miami, FL 33161-5424 |
| Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Yellowstone Capital, LLC<br>18403 West Dixie Highway<br>Miami, FL 33160-2047 | 501 NE 183 LLC<br>172 South Broadway<br>White Plains, NY 10605-1800 |
| ACAR Leasing LTD d/b/a GM Financial Leasing<br>P.O. Box 183853<br>Arlington, TX 76096-3853 | (p)AR RESOURCES INC<br>PO BOX 1056<br>BLUE BELL PA 19422-0287 | ATCF II Florida A LLC<br>PO Box 69239<br>Baltimore, MD 21264-9239 |
| Alaimo Group USA LLC<br>c/o Carlos F. Osorio, Esq.<br>175 SW 7th Street, Suite 1900<br>Miami, FL 33130-2960 | Ally Financial<br>200 Renaissance Ctr #B0<br>Detroit, MI 48243-1300 | Altonstar LLC<br>1407 Broadway 41st Floor<br>New York, NY 10018-2348 |
| Altonstar LLC<br>c/o Jerry Breslin, Esq.<br>169 East Flagler Street, Suite 700<br>Miami, FL 33131-1203 | Amazon<br>410 Terry Ave N.<br>Seattle, WA 98109-5210 | Amazon<br>PO Box 965015<br>Orlando, FL 32896-5015 |
| Ameican Express NA<br>115 W Towne Ridge Pkwy<br>Sandy, UT 84070-5511 | American Express<br>P.O. Box 6618<br>Omaha, NE 68106-0618 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | American Express<br>c/o Scott E. Modlin, Esq.<br>1551 Sawgrass Corporate Pkwy, Suite 110<br>Fort Lauderdale, FL 33323-2832 |
| American Express/Bloomingdales<br>PO BOX 981537<br>El Paso, TX 79998-1537 | Andrea Palant<br>3340 NW 53rd Street, Suite 402<br>Fort Lauderdale, FL 33309-6320 | Apple Card<br>Apple Headquarters<br>One Apple Park Way<br>Cupertino, CA 95014-0642 |
| Apple Card<br>Lockbox 6112<br>PO Box 7247<br>Philadelphia, PA 19170-0001 | Asta Funding Inc<br>210 Sylvan Ave<br>Englewood Cliffs, NJ 07632-2532 | Audi Financial<br>1401 Franklin Blvd<br>Libertyville, IL 60048-4460 |

| | | |
|---|---|---|
| Audi Financial<br>2200 Woodland Pointe Ave<br>Herndon, VA 20171-5874 | BLOOMINGDALES/AMEX<br>PO BOX 8218<br>Mason, OH 45040-8218 | Bank of America<br>P.O. Box 15027<br>Wilmington, DE 19850-5027 |
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | Bank of America<br>POB 2864<br>Transaction Processing CT2-515-BB-12<br>Hartford, CT 06101-2715 | Barclays Bank Delaware<br>100 S. West St.<br>Wilmington, DE 19801-5015 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 | Black Card Mastercard<br>250 Veronica Lane<br>Jackson, WY 83001-8331 |
| Black Card Mastercard<br>Card Services<br>PO Box 8802<br>Wilmington, DE 19899-8802 | Bloomingdales<br>1000 3rd Ave<br>New York, NY 10022-1230 | BounceyNet Inc.<br>3497 Derby Lane<br>Fort Lauderdale, FL 33331-3510 |
| BounceyNet Inc.<br>c/o Michael C. Fasano, Esq.<br>2 S. Biscayne Blvd., Suite 2530<br>Miami, FL 33131-1806 | Brian M. Gaines<br>c/o Benjamin H Brodsky, Esq.<br>200 SE 1 Street, Suite 400<br>Miami, FL 33131-1906 | Bristol 503 Inc.<br>c/o Carlos X. Rodriguez, Esq.<br>800 Douglas Road, Suite 880<br>Douglas Entrance, North Tower<br>Miami, FL 33134-2088 |
| Bristol 503 LLC<br>5901 SW 74th St.<br>Miami, FL 33143-5165 | CLL Holdings LLC<br>18317 W Dixie Hwy<br>North Miami Beach, FL 33160-2071 | Cadillac Financial<br>P. O. Box 33169<br>Detroit, MI 48232-5169 |
| Cadillac Financial<br>PO Box 404<br>Cadillac, MI 49601-0404 | Capital One<br>P.O. Box 85147<br>Richmond, VA 23276-0001 | Capital One<br>PO BOX 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One Bank<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Causeway Square LLC<br>1801 NE 123rd Street, Suite 300<br>Miami, FL 33181-2880 | Causeway Square LLC<br>c/o Alexandra N. Fonseca, Esq.<br>550 NE 124th Street<br>Miami, FL 33161-5424 |
| Celtic Bank/Indigo<br>PO Box 4499<br>Beaverton, OR 97076-4499 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | City of Sunny Isles Beach<br>18070 Collins Avenue<br>North Miami Beach, FL 33160-2723 |
| Comenity Bank/JCrew<br>PO Box 182789<br>Columbus, OH 43218-2789 | Corporation Service Company<br>PO Box 2576<br>Springfield, IL 62708-2576 | Crate & Barrell<br>1250 Techny Rd.<br>Northbrook, IL 60062-5419 |

| | | |
|---|---|---|
| Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91716-0500 | Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | DDR Southeast Fountains, LLC<br>c/o Alan Burger, Esq.<br>505 S Flagler Dr., Suite 300<br>West Palm Beach, FL 33401-5942 |
| Day to Day Imports, Inc.<br>c/o Aryeh Kaufman, Esq.<br>5482 Wilshire Boulevard, #1907<br>Los Angeles, CA 90036-4218 | Day to Day Imports, Inc.<br>c/o Kenneth E. Chase, Esq.<br>1141 71st Street<br>Miami Beach, FL 33141-3674 | Deerfield Ice Cream LLC<br>16565 NW 15th Ave<br>Miami, FL 33169-5619 |
| Eric P. Stein, P.A.<br>c/o Eric P. Stein, Esq.<br>1820 NE 163rd St Ste 100<br>Miami, FL 33162-4801 | Eric R. Schwartz as Trustee UTA<br>2412 Barcelona Dr<br>Fort Lauderdale, FL 33301-1557 | First Horizon Bank<br>102 NW 37th Ave<br>Miami, FL 33125-4826 |
| First Horizon Bank<br>1638 Robert C Jackson Dr<br>Maryville, TN 37801-3775 | First Horizon Bank<br>165 Madison Ave<br>Memphis, TN 38103-2725 | First Horizon Bank<br>2109 Ponce de Leon Blvd.<br>Miami, FL 33134-5211 |
| First Horizon Credit Card<br>165 Madison Ave<br>Memphis, TN 38103-2723 | Florida State Attorney's Office<br>175 NW 1st Ave<br>Miami, FL 33128-1835 | Frozen Wheels<br>16565 NW 15th Ave<br>Miami, FL 33169-5619 |
| GM Financial<br>PO Box 181145<br>Arlington, TX 76096-1145 | Gap<br>2 Folsom Street<br>San Francisco, CA 94105-1205 | Gap<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 |
| Graphic World 4 U LLC<br>16565 NW 15th Ave<br>Miami, FL 33169-5619 | Haisemi Investment LLC<br>16565 NW 15th Ave<br>Miami, FL 33169-5619 | Halvare Food Services & Distribution LLC<br>16565 NW 15th Ave<br>Miami, FL 33169-5619 |
| Halvare Group LLC<br>16565 NW 15th Ave<br>Miami, FL 33169-5619 | Home Depot<br>PO Box 7032<br>Sioux Falls, SD 57117-7032 | Home Depot<br>PO Box 9001010<br>Louisville, KY 40290-1010 |
| Home Financing Center<br>400 University Drive, 3rd Floor<br>Miami, FL 33134-7114 | Home Financing Center<br>500 E. Broward Boulevard, Suite 122<br>Fort Lauderdale, FL 33394-3077 | Iberia Bank<br>18841 NE 29th Ave<br>Aventura, FL 33180-2826 |
| (p)IBERIA BANK<br>PO BOX 52747<br>LAFAYETTE LA 70505-2749 | Iberia Bank<br>3838 Tamiami Trail<br>Naples, FL 34103-3586 | IberiaBank<br>2150 Goodlette Rd.<br>Naples, FL 34102-4810 |

| | | |
|---|---|---|
| IberiaBank<br>c/o Paul A. Humbert, Esq.<br>199 East Flagler Street, Suite 1010<br>Miami, FL 33131-1103 | Indigo Card<br>15220 NW Greenbrier Pkwy, Suite 200<br>Beaverton, OR 97006-5762 | Indigo Card<br>PO Box 4477<br>Beaverton, OR 97076-4401 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | J Crew<br>770 Broadway<br>New York, NY 10003-9553 | J. Crew<br>POB 182273<br>Columbus, OH 43218-2273 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Keystone Plaza LLC<br>1801 NE 123rd Street, Suite 300<br>Miami, FL 33181-2880 | Keystone Plaza LLC<br>c/o Alexandra N. Fonseca, Esq.<br>550 NE 124th Street<br>Miami, FL 33161-5424 |
| Kopelowitz Ostrow Ferguson Weiselberg<br>c/o Seth Haimovitch, Esq.<br>1 West Las Olas Blvd., 5th Floor<br>Fort Lauderdale, FL 33301-1852 | Lakura LLC<br>16565 NW 15th Ave<br>Miami, FL 33169-5619 | Legacy Sok Assoc LLC<br>302 Datura Street, Suite 100<br>West Palm Beach, FL 33401-5481 |
| Legacy Sok Assoc LLC<br>c/o Jeremy E. Slusher, Esq.<br>444 W Railroad Ave., Suite 470<br>West Palm Beach, FL 33401-4156 | Lets Get Beauty LLC<br>16565 NW 15th Ave<br>Miami, FL 33169-5619 | Mayors Jewelers, Inc.<br>1455 NW 107th Ave #264<br>Miami, FL 33172-2713 |
| Mayors Jewelers, Inc.<br>19501 Biscayne Blvd., Suite 372<br>Miami, FL 33180-2342 | Mayors Jewelers, Inc.<br>19575 Biscayne Blvd., Suite 177<br>Miami, FL 33180-2309 | (p)MAYORS JEWELERS  INC<br>ATTN CREDIT TEAM<br>3340 NW 53RD STREET SUITE 402<br>FORT LAUDERDALE FL 33309-6320 |
| (p)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 | Miami Dade County<br>111 NW 1st Street, Suite 710<br>Miami, FL 33128-1984 | Mikon Financial Services and Ocean Bank<br>780 NW 42nd Avenue, Suite 300<br>Miami, FL 33126-5536 |
| Neiman Marcus<br>1201 Elm St Suite 2800<br>Dallas, TX 75270-2106 | Neiman Marcus<br>One Marcus Square, 1618 Main Street<br>Dallas, TX 75201 | Niarara Distri LLC<br>16565 NW 15th Ave<br>Miami, FL 33169-5619 |
| Nordstrom<br>1600 7 th Ave. Suite 2600<br>Seattle, WA 98101-2284 | Nordstrom<br>1700 7th Avenue Suite 1500<br>Seattle, WA 98101-4419 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Porsche Leasing Ltd<br>One Porsche Drive<br>Atlanta, GA 30354-1654 | Porsche Leasing Ltd.<br>c/o David O. Caballero, Esq.<br>9150 S. Dadeland Blvd., Suite 1400<br>Miami, FL 33156-7855 | Prosper Card<br>221 Main Street, Suite 300<br>San Francisco, CA 94105-1909 |

| | | |
|---|---|---|
| Prosper Card<br>P.O. Box 650078<br>Dallas, TX 75265-0078 | RK Centers LLC<br>17100 Collins Avenue, Suite 225<br>North Miami Beach, FL 33160-3675 | Saks Fifth Avenue<br>2 East 49th Street-6th Fl<br>New York, NY 10017 |
| Saks Fifth Avenue<br>225 Liberty St FL 24<br>New York, NY 10281-1058 | Sky 18 Series 2 LLC<br>c/o John P. Arcia, Esq.<br>175 SW 7th Street, Suite 2000<br>North Miami Beach, FL 33130-2961 | Slingshot Funding LLC Series 18<br>PO Box 645040<br>Cincinnati, OH 45264-5040 |
| State Of Florida Department Of Revenue<br>Po Box 6668<br>Tallahassee, FL 32314-6668 | Sunshine Terminal 8<br>1521 NW 165th St<br>Miami, FL 33169-5600 | Sychrony Bank - Amazon<br>Bankruptcy Dept<br>P.O. Box 105972<br>Atlanta, GA 30348-5972 |
| TB Bank/Nordstrom<br>13531 E Caley Ave<br>Englewood, CO 80111-6505 | TCB & GSD Consulting LLC<br>16565 NW 15th Ave<br>Miami, FL 33169-5619 | TDRCS/Tourneau<br>1000 MacArthur Blvd<br>Mahwah, NJ 07430-2035 |
| Tefolon Developments LLC<br>16565 NW 15th Ave<br>Miami, FL 33169-5619 | (p)VOLKSWAGEN CREDIT UNION<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 | VW Lease<br>5505 N Cumberland Ave. Suite 307<br>Chicago, IL 60656-4761 |
| Venmo<br>2211 N 1st St<br>San Jose, CA 95131-2021 | Venmo<br>95 Morton Street<br>Fifth Floor<br>New York, NY 10014-3336 | Wandering J LLC<br>16565 NW 15th Ave<br>Miami, FL 33169-5619 |
| Wells Fargo Bank<br>PO Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank NA<br>299 South Main Street<br>12th Floor<br>MAC U1228-120<br>Salt Lake City, UT 84111-2580 | Wells Fargo Bank NA<br>One Wachovia Center<br>301 South College Street<br>Charlotte, NC 28202-6002 |
| Weston TC, LLC<br>1675 Market Street, Suite 213<br>Fort Lauderdale, FL 33326-3681 | Weston TC, LLC<br>225 NE Mizner Blvd, Suite 510<br>Boca Raton, FL 33432-4083 | Xellva LLC<br>16565 NW 15th Avenue<br>Miami, FL 33169-5619 |
| YF 26 LLC<br>16565 NW 15th Ave<br>Miami, FL 33169-5619 | YF of South Florida LLC<br>16565 NW 15th Ave<br>Miami, FL 33169-5619 | YL Group Florida, LLC<br>16565 NW 15th Avenue<br>Miami, FL 33169-5619 |
| Yellowstone Capital LLC<br>400 SOUTH DIXIE HIGHWAY<br>SUITE 12<br>Hallandale, FL 33009-6396 | YoGreen Co LLC<br>16565 NW 15th Ave<br>Miami, FL 33169-5619 | Yoldas Sports Medicine LLC<br>1601 S Andrews Ave<br>Fort Lauderdale, FL 33316-2509 |

| | | |
|---|---|---|
| Eric D Jacobs<br>100 N Tampa Street Ste 2600<br>Tampa, FL 33602-5810 | Giselle Halwani<br>274 Atlantic Isle<br>Sunny Isles, FL 33160-4528 | Glenn D Moses Esq<br>100 SE 2 St #4400<br>Miami, FL 33131-2118 |

Isaac Halwani
274 Atlantic Isle
Sunny Isles, FL 33160-4528

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AR Resources, Inc.<br>1777 Sentry Pkwy W Blue<br>Blue Bell, PA 19422 | (d)AR Resources, Inc.<br>PO BOX 1056<br>Blue Bell, PA 19422 | Chase<br>PO Box 15548<br>Wilmington, DE 19886 |
| (d)Chase Bank USA<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 | (d)Chase Bank USA, NA<br>P.O. Box 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>P.O. Box 15153<br>Wilmington, DE 19886 |
| (d)Chase Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Iberia Bank<br>200 West Congress Street<br>Lafayette, LA 70501 | Internal Revenue Service<br>Po Box 21126<br>Philadelphia, PA 19114 |
| (d)JP Morgan Chase Bank<br>PO Box 15369<br>Wilmington, DE 19850 | (d)JP Morgan Chase Bank Auto<br>PO Box 901003<br>Fort Worth, TX 76101 | Mayors Jewelers, Inc.<br>3340 NW 53rd St, Suite 402<br>Fort Lauderdale, FL 33309-6320 |
| Mercedes Benz Financial<br>36455 Corporate Rd<br>Farmington, MI 48331 | VW Credit<br>1401 Franklin Blvd.<br>Libertyville, IL 60048 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)170 NE 40 Street, Inc. D/B/A Miami Spaces<br>Frank, Weinberg & Black, P.L.<br>7805 SW 6th Court<br>Plantation | (u)Miami | (u)First Horizon Bank f/k/a Iberianbank |

```
(d)Frozen Wheels, LLC              (d)Lets Get Beauty LLC           End of Label Matrix
16565 NW 15th Ave                  16565 NW 15th Avenue             Mailable recipients   153
Miami, FL 33169-5619               Miami, FL 33169-5619             Bypassed recipients     5
                                                                    Total                 158
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 22-14810-LMI<br>Southern District of Florida<br>Miami<br>Wed Jul 27 13:41:41 EDT 2022 | 274 Atlantic Isles LLC<br>274 Atlantic Isles<br>Sunny Isles, FL 33160-4528 | Brian M. Gaines, as Trustee<br>c/o Meaghan E. Murphy, Esquire<br>200 S Biscayne Blvd. #3200<br>Miami, FL 33131-5323 |
| Brian M. Gaines<br>c/o Benjamin H Brodsky, Esq.<br>200 SE 1 Street, Suite 400<br>Miami, FL 33131-1906 | Eric P. Stein, P.A.<br>c/o Eric P. Stein, Esq.<br>1820 NE 163rd St Ste 100<br>Miami, FL 33162-4801 | Eric R. Schwartz as Trustee UTA<br>2412 Barcelona Dr<br>Fort Lauderdale, FL 33301-1557 |
| Eric R. Schwartz as Trustee UTA<br>900 SE 3rd Avenue, Suite 204<br>Fort Lauderdale, FL 33316-1118 | Eric R. Schwartz as Trutee<br>Brodsky Fotiu-Wojtowicz, PLLC<br>c/o Benjamin H. Brodsky, Esq.<br>200 SE 1st Street, Suite 400<br>Miami, FL 33131-1906 | Eric R. Schwartz, as Trustee UTA<br>c/o Benjamin H. Brodsky, Esq.<br>200 SE 1st Street, Suite 400<br>Miami, FL 33131-1906 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Isaac and Giselle Halwani<br>274 Atlantic Isle<br>Sunny Isles, FL 33160-4528 | Miami Dade County<br>111 NW 1st Street, Suite 710<br>Miami, FL 33128-1984 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | State Of Florida Department Of Revenue<br>Po Box 6668<br>Tallahassee, FL 32314-6668 | Benjamin H Brodsky<br>200 SE 1st Street, Suite 400<br>Miami, FL 33131-1906 |
| Glenn D Moses Esq<br>100 SE 2 St #4400<br>Miami, FL 33131-2118 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Po Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (u)Coraline Financial Ltd<br>**DELETED** | (u)Eric R. Schwartz as Trustee UTA<br>**DELETED** |

**End of Label Matrix**
Mailable recipients    15
Bypassed recipients     3
Total                  18